IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CR-41-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WILLIAM ELLIOT and ) | |
| DAVID LASSITER ) | |
| ) | |

This matter is before the Court on two motions for extension of time filed by defendants. A hearing on the motions was held before the undersigned on September 13, 2017, at Raleigh, North Carolina.

For good cause shown, the motions [DE 65 & 69] are GRANTED as follows: any pretrial motion by either defendant shall be filed not later than November 1, 2017. The trial currently set in this matter for the Court's November 2017 term is CONTINUED to the Court's February 2018 term. The Court finds that the ends of justice served by this continuance outweigh the interests of the defendants and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this _13_ day of September, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE